IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED


RBD INVESTMENT TRUST, MS
INVESTMENT TRUST, RON
DAVIS, AND MIKE WOLFINGTON

       Appellants,

 v.

       Case No. 5D22-2351
       LT Case No. 2017-CA-55151

BABCOCK COQUINA MINE, LLC, AND
JEFFERY W. WELLS

       Appellees.
_____/

Decision filed August 1, 2023

Appeal from Circuit Court
for Brevard County,
George Paulk, Judge.

Thomas C. Allison, of Thomas C. Allison,
P.A., Winter Park, and Robin F. Hazel, of
Hazel Law P.A., Hollywood, for Appellants.

Howard Poznanski, Coconut Creek,
for Appellees.

PER CURIAM.

    AFFIRMED.

MAKAR, JAY and SOUD, JJ., concur.